# AFFIDAVIT OF SERVICE

INDEX #: 7:20-CV-10234-PMH
DATE FILED: 12/7/2020
ATTORNEY: HASBANI & LIGHT P.C.
JOB #: 2814869

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

ARCPE I LLC
Plaintiff(s)
- against -
MTGLQ INVESTORS LP
Defendant(s)


2814869

STATE OF NEW YORK:
COUNTY OF ALBANY:  ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 01/05/2021, 04:00PM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231, deponent served a CIVIL COVER SHEET; ELECTRONIC CASE FILING RULES AND INSTRUCTIONS; JUDGE'S RULES; SUMMONS IN A CIVIL ACTION AND COMPLAINT BEARING INDEX # 7:20-CV-10234-PMH AND DATE OF FILING OF 12/7/2020 upon MTGLQ INVESTORS, L.P. S/H/A MTGLQ INVESTORS LP, a defendant in the above captioned matter.

Deponent served NANCY DOUGHERTY, a person authorized by the NEW YORK Secretary of State to accept service of process, with 2 copies of the above described papers and the statutory fee of $40.00 pursuant to section 121-109A of the NY REVISED LIMITED PARTNERSHIP ACT.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 60   Approximate height 5'03"   Approximate weight 123   Color of skin WHITE   Color of hair BROWN

Sworn to before me on 01/06/2021
JILL DOCHERTY  NO. 01DO6373160
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON APRIL 2, 2022

X _S. Marie_
STEF MARIE

ALSTATE PROCESS SERVICE INC.
60 BURT DRIVE  DEER PARK, NY 11729 (631)667-1800